# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MCNEIL, | CASE NO. 1:10-cv-01746-OWW-SKO PC |
| Plaintiff, | ORDER GRANTING MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT AND DIRECTING CLERK'S OFFICE TO FILE PROPOSED COMPLAINT |
| v. | |
| LVN HAYES, et al., | (Doc. 14) |
| Defendants. | |

Plaintiff Michael McNeil, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on September 23, 2010.  On June 21, 2011, Plaintiff filed a motion seeking leave to file a second amended complaint.[1]

Plaintiff's motion is HEREBY GRANTED and the Clerk's Office is DIRECTED to file Plaintiff's proposed second amended complaint.

IT IS SO ORDERED.

**Dated:   June 28, 2011**              /s/ Sheila K. Oberto
                                        UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff previously amended as a matter of right and therefore, leave of court is required.  Fed. R. Civ. P. 15(a).

1