# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MCNEIL, | CASE NO. 1:10-cv-01746-AWI-SKO PC |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION FOR ISSUANCE OF NEW SERVICE DOCUMENTS |
| v. | |
| LVN HAYES, et al., | (Doc. 25) |
| Defendants. | |
| _____/ | |

Plaintiff Michael McNeil, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on September 23, 2010.  On April 23, 2012, Plaintiff filed a motion seeking the issuance of new service documents for Defendants Byers and Rotman, based on Plaintiff's receipt of updated information on their addresses.

The United States Marshal was ordered to initiate service of process on April 17, 2012.  In the event that the Marshal is unable to secure waivers from Defendants Byers and Rotman or personally serve them based on the information provided by Plaintiff previously, the Court will address the issue.  At this juncture, however, service is still in progress and there is no evidence in the record that the Marshal has not been able to locate Defendants Byers and Rotman.

In any event, it will not be unnecessary for Plaintiff to submit new service documents, and his motion for the issuance of service documents is therefore DENIED.

IT IS SO ORDERED.

**Dated:    June 28, 2012**                                    **/s/ Sheila K. Oberto**
                                                        UNITED STATES MAGISTRATE JUDGE

1