# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MCNEIL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LVN HAYES, et al.,<br><br>　　　　Defendants.<br>_____/ | CASE NO. 1:10-cv-01746-AWI-SKO PC<br><br>ORDER GRANTING DEFENDANT RAMAN'S MOTION FOR EXTENSION OF TIME TO FILE ANSWER, PENDING RESOLUTION OF DEFENDANT SOTO'S MOTION TO DISMISS<br><br>(Doc. 26) |

　　On June 26, 2012, Defendant Raman filed a motion seeking an extension of time to file an answer, pending resolution of Defendant Soto's motion to dismiss.

　　The Court finds good cause exists to grant Defendant Raman's motion and he is hereby relieved of his obligation to file a response to Plaintiff's complaint pending resolution of Defendant Soto's motion to dismiss.


IT IS SO ORDERED.

**Dated:　June 28, 2012**　　　　　　　　　　/s/ Sheila K. Oberto
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE