# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MCNEIL,<br><br>                Plaintiff,<br><br>    v.<br><br>LVN HAYES, et al.,<br><br>                Defendants. | CASE NO. 1:10-cv-01746-AWI-SKO PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL, DENYING PLAINTIFF'S MOTION AS MOOT, DENYING DEFENDANTS' MOTION TO DISMISS, AND REQUIRING DEFENDANTS TO FILE ANSWER WITHIN FIFTEEN DAYS<br><br>(Docs. 27, 39, 41, and 42) |

Plaintiff Michael McNeil, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on September 23, 2010.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 29, 2012, the Magistrate Judge filed a Findings and Recommendations herein which was served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty days.  No objections were filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed on November 29, 2012, is adopted in full;
2. Plaintiff's motion to defer consideration of Defendant Soto's motion to dismiss, filed on August 23, 2012, is DENIED as moot;

///

3. Defendant Soto's motion to dismiss, filed on June 28, 2012, and in which Defendant Byers joined on August 13, 2012, is DENIED; and

4. Defendants Soto, Byers, and Raman shall file an answer the second amended complaint within **fifteen (15) days** from the date of service of this order.

IT IS SO ORDERED.

Dated:    February 2, 2013                                                        
                                                SENIOR DISTRICT JUDGE