# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MCNEIL, | CASE NO. 1:10-cv-01746-AWI-SKO PC |
| Plaintiff, | ORDER STRIKING UNSIGNED FILING |
| v. | (Doc. 55) |
| LVN HAYES, et al., | |
| Defendants. | |

On March 25, 2013, Plaintiff Michael McNeil filed an unsigned notice. Unsigned filings cannot be considered by the Court and Plaintiff's notice is HEREBY STRICKEN from the record. Fed. R. Civ. P. 11(a); Local Rule 131.

IT IS SO ORDERED.

**Dated:   March 27, 2013**              /s/ Sheila K. Oberto
                                                       UNITED STATES MAGISTRATE JUDGE