1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

8
9

10  MICHAEL MCNEIL,                          Case No.  1:10-cv-01746-AWI-SKO PC

11          Plaintiff,                       ORDER DENYING PLAINTIFF'S MOTION
                                             FOR ORDER DIRECTING SERVICE AND
12      v.                                   DISREGARDING REQUEST FOR
                                             JUDICIAL NOTICE
13  LVN HAYES, et al.,
                                             (Docs. 72 and 73)
14          Defendants.

15  _____/

16

17          Plaintiff Michael McNeil, a state prisoner proceeding pro se and in forma pauperis, filed

18  this civil rights action pursuant to 42 U.S.C. § 1983 on September 23, 2010.   This action is

19  proceeding on Plaintiff's second amended complaint against Defendants Hayes, Raman, Soto,

20  Byers, Doe, and Rotman on Plaintiff's Eighth Amendment medical care claims.

21          On June 17, 2013, Plaintiff filed a motion seeking the issuance of an order directing the

22  United States Marshal to again initiate service of process on Defendants Hayes and Rotman.   In

23  light of the fact that the Marshal was directed to re-serve Defendant Hayes on February 13, 2013,

24  and to re-serve Defendant Rotman on June 11, 2013, Plaintiff's motion is moot and it shall be

25  denied on that ground.   If further information is needed from Plaintiff, the Court will issue an

26  order.   Otherwise, the Court will direct and monitor service as is appropriate.[1]

27

28  _____
[1] Due to resource constraints currently faced by the federal government, there are inherent delays with the process.
However, Plaintiff may be assured that the Court is monitoring service and he will be notified if it is necessary for him
to take any further action regarding Defendants Hayes and Rotman.

1     Regarding Plaintiff's request for judicial notice, the Clerk's Office correctly declined to

2  provide Plaintiff with blank subpoenas and it correctly notified Plaintiff that a re-service order for

3  Defendant Rotman had been filed.  Plaintiff is required to file a motion if he seeks the issuance of

4  subpoenas, and the Marshal was already provided with all necessary forms for re-service on

5  Defendant Rotman.  Therefore, Plaintiff's request for judicial notice shall be disregarded.

6     Based on the foregoing, Plaintiff's motion for an order directing service is DENIED as

7  moot and Plaintiff's request for judicial notice is DISREGARDED.

8

9  IT IS SO ORDERED.

10    Dated:   **July 30, 2013**                              **/s/ Sheila K. Oberto**
                                                   UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28