# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MCNEIL, | Case No. 1:10-cv-01746-AWI-SKO (PC) |
| Plaintiff, | ORDER GRANTING REQUEST AND DIRECTING CLERK'S OFFICE TO REMOVE DEPUTY ATTORNEY GENERAL CONSTANCE PICCIANO FROM SERVICE LIST |
| v. | |
| LVN HAYES, et al., | |
| Defendants. | (Doc. 121) |

On April 15, 2014, Defendant Soto's counsel, Deputy Attorney General Joanna Hood, filed a request to remove Deputy Attorney General Constance Picciano from the service list. While the docket reflects that Ms. Picciano was administratively terminated as counsel of record for Soto on November 15, 2013, she is still being served with court orders in this case. (*E.g.*, Docs. 114, 115.)

Accordingly, Defendant Soto's request is GRANTED and the Clerk's Office is DIRECTED to remove Deputy Attorney General Constance Picciano from the service list.

IT IS SO ORDERED.

Dated: **April 30, 2014**        /s/ Sheila K. Oberto
                                 UNITED STATES MAGISTRATE JUDGE