# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MCNEIL, | Case No. 1:10-cv-01746-AWI-SKO (PC) |
| Plaintiff, | ORDER SETTING PRETRIAL DISPOSITIVE MOTION DEADLINE FOR JANUARY 20, 2015 |
| v. | |
| LVN HAYES, et al., | (Docs. 51 and 102) |
| Defendants. | |

On November 7, 2013, the Court vacated the pretrial dispositive motion deadline of January 13, 2014, which was set in the scheduling order filed on March 5, 2013. (Docs. 51, 102.)

Plaintiff and Defendants Raman, Soto, and Byers are hereby notified that the new pretrial dispositive motion deadline is: January 20, 2015.

IT IS SO ORDERED.

Dated: __**July 14, 2014**__           __/s/ Sheila K. Oberto__
                                                    UNITED STATES MAGISTRATE JUDGE