UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| MICHAEL MCNEIL, | Case No. 1:10-cv-01746-AWI-SKO (PC) |
|---|---|
| Plaintiff, | ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT INMATE MICHAEL MCNEIL, CDCR # P-59685 |
| v. | |
| P. HAYES, et al., | |
| Defendants. | DATE: 11/13/2014<br>TIME: 9:00 a.m.<br>COURTROOM: 9 (CMK) |

Inmate Michael McNeil, CDCR #P-59685, a necessary and material witness on his own behalf in proceedings in this case on November 13, 2014, is confined at Valley State Prison in the custody of the Warden. In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Craig M. Kellison at the U. S. District Court, Courtroom #9, 501 I Street, Sacramento, California, 95814, on Thursday, November 13, 2014, at 9:00 a.m.

**ACCORDINGLY, IT IS ORDERED that:**

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by Judge Kellison.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To the Warden of Valley State Prison:**

**WE COMMAND** you to produce the inmate named above to appear before Judge Kellison at the time and place above, until completion of the settlement conference or as ordered by Judge Kellison.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:   **September 25, 2014**          **/s/ Sheila K. Oberto**
                                          UNITED STATES MAGISTRATE JUDGE