UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL McNEIL, | Case No.  10-cv-1746-AWI-CMK |
|     Plaintiff in Pro Per, | **ORDER** |
| v. | |
| LVN HAYES, et. al., | |
|     Defendants. | |

The Court is in receipt of S. Raman, M.D.'s Ex Parte Application for Order to Allow Defendant's Counsel to Appear Telephonically at Mandatory Settlement Conference.

**IT IS HEREBY ORDERED**:

Defendant Raman's counsel, Gabrielle De Santis Nield, is hereby permitted to appear telephonically at the Mandatory Settlement Conference on November 13, 2014 at 9:00 a.m. in Courtroom 9 of the above-entitled court.

Dated:  November 5, 2014

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE