1  Janine K. Jeffery, Esq. CBN 112639
    Jjeffery@reilyjeffery.com
2  REILY & JEFFERY, INC.
   19839 Nordhoff Street
3  Northridge, CA 91324
   Telephone:  (818) 350-5282
4  Facsimile:   (818) 350-6283

5  Attorneys for Defendant, P. HAYES

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11  MICHAEL MCNEIL,                    )   CASE NO: 1:10-CV-01746-AWI-SKO
                                       )
12          Plaintiff,                 )   ***[PROPOSED]* ORDER GRANTING
                                       )   *EX PARTE* APPLICATION FOR AN
13      VS.                            )   ORDER TO ALLOW
                                       )   DEFENDANT'S COUNSEL TO
14                                     )   APPEAR TELEPHONICALLY AT
                                       )   MANDATORY SETTLEMENT
15  LVN HAYES, et al.,                 )   CONFERENCE**
                                       )
16          Defendants                 )
                                       )
17                                     )
                                       )
18  _____     )

19

20  ///

21  ///

22  ///

23  ///

24

25

26

27

28

                                       1
                              *[PROPOSED]* ORDER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MCNEIL,<br><br>        Plaintiff,<br><br>  VS.<br><br>LVN HAYES, et al.,<br><br>        Defendants | CASE NO: 1:10-CV-01746-AWI-SKO<br><br>**ORDER GRANTING *EX PARTE* APPLICATION FOR AN ORDER TO ALLOW DEFENDANT'S COUNSEL TO APPEAR TELEPHONICALLY AT MANDATORY SETTLEMENT CONFERENCE** |

      The Court has read and considered all of the papers filed in support of Defendant P. Hayes' *ex parte* application for an order to allow Defendant's counsel to appear telephonically at the mandatory settlement conference.

      GOOD CAUSE APPEARING, this Court HEREBY ORDERS:

      Defendant P. Hayes' counsel, Janine K. Jeffery, is hereby permitted to appear telephonically at the Mandatory Settlement Conference on November 13, 2014 at 9:00 a.m. in Courtroom 9 of the above-entitled court.

      Dated: November 6, 2014

                                          CRAIG M. KELLISON
                                          UNITED STATES MAGISTRATE JUDGE