1  KAMALA D. HARRIS, State Bar No. 146672
   Attorney General of California
2  CHRISTOPHER J. BECKER, State Bar No. 230529
   Supervising Deputy Attorney General
3  JOANNA B. HOOD, State Bar No. 264078
   Deputy Attorney General
4    1300 I Street, Suite 125
     P.O. Box 944255
5    Sacramento, CA 94244-2550
     Telephone: (916) 324-4785
6    Fax: (916) 324-5205
     E-mail: Joanna.Hood@doj.ca.gov
7  *Attorneys for Defendants*
   *Byers, Soto and Rotman*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| MICHAEL McNEIL,<br><br>         Plaintiff,<br><br>   v.<br><br>P. HAYES, et al.,<br><br>         Defendants. | 1:10-CV-01746 AWI SKO<br><br>**ORDER GRANTING SUBSTITUTION OF ATTORNEY FOR DEFENDANT BYERS**<br><br>**(Doc. 166)** |

Good cause appearing, Defendant Byers' substitution of attorneys is GRANTED.

IT IS SO ORDERED.

   Dated:   **November 12, 2014**            /s/ Sheila K. Oberto
                                             UNITED STATES MAGISTRATE JUDGE