1 | KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
2 | CHRISTOPHER J. BECKER, State Bar No. 230529
Supervising Deputy Attorney General
3 | JOANNA B. HOOD, State Bar No. 264078
Deputy Attorney General
4 |  1300 I Street, Suite 125
 P.O. Box 944255
5 |  Sacramento, CA 94244-2550
 Telephone: (916) 324-4785
6 |  Fax: (916) 324-5205
 E-mail: Joanna.Hood@doj.ca.gov
7 | *Attorneys for Defendants*
*Byers, Soto and Rotman*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **MICHAEL McNEIL,**<br><br>                                Plaintiff,<br><br>     v.<br><br>**P. HAYES, et al.,**<br><br>                                Defendants. | 1:10-CV-01746 AWI SKO<br><br>**ORDER GRANTING SUBSTITUTION OF ATTORNEY FOR DEFENDANT ROTMAN**<br><br>**(Doc. 167)** |

Good cause appearing, Defendant Rotman's substitution of attorneys is GRANTED.

IT IS SO ORDERED.

   Dated:   **November 12, 2014**            **/s/ Sheila K. Oberto**
                                             UNITED STATES MAGISTRATE JUDGE

1